| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO DAY YEAR | | | J | N/S | O | D) PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 867 | 8 | 85 | 0722 | 7 | 30 | 85 | | 2 | 895 | 1 | | 3 | 6710 M | 31055 | P | 85-0-722 |

### PLAINTIFFS

(1) JONES, William D.
Consolidated &
Related to:
CV 85-0-49

### DEFENDANTS

**JUDGE BEAM**  (1) FARM CREDIT ADMINISTRATION

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

Privacy Act of 1974 & Freedom of Information Act (% USC 552). Defendants have failed to provide the unofficial personnel file requested by Plaintiff, contending that unofficial personnell files have not existed

### ATTORNEYS

(1) Paul W. Madgett, USA

(1) Pro Se
   1306 S. 93rd St.
   Omaha, NE 68124

   3607 Gene Field Rd. A-47   7-24-86
   St. Joseph, MO 64506
   816/279-3462

   Pro Se         (9/26/86)
   1306 So. 93rd Street
   Omaha, Nebraska 68124
   (391-1306)

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS 5 | July., 1985 |
| | | | | JS-6 | Sep., 1986 |

UNITED STATES DISTRICT COURT DOCKET                            DC-111 (Rev. 9/81)

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1985 Jul 30 | 1. | Complaint w/req. for Jury Trial at Omaha. Issued Summons - handed to P. |
| Aug 12 | 2. | Affidavit of William D. Jones re: Service of Summons. |
| Oct 4 | 3. | D's Req. for Ext. of time to answer. |
|  | 4. | Clerk's Order that D has addl. 30 days to answer. Cpy mailed to Pro Se P & del. to USA. |
| Nov 6 | 5. | Pl's Motion For Default Judgment. |
|  | 6. | Clerk's Entry of Default against Df. Copy del. to U.S. Attorney & copy mailed to Pro Se Pl. |
| Nov 8 | 7. | D's Mot. in Oppos. to P's Mot. for Default Judgment; Mot. to Set Aside Entry of Default & Mot. to file Ans. out of time, w/attachment. |
| Nov 22 | 8. | P's Resp. to D's Mot. to Set Aside Entry of Default & D's Mot. to File Ans. Out of Time w/attachments. |
| Dec 11 | 9. | Order (CAB) that P's Mot. (#5) for default judgment is denied; D's Mot. (#7) to set aside is granted for good cause; D's Mot. (#7) to file ans. out of time is granted instanter. Copies mailed to Pro Se P by cert. mail & del. to USA. |
| Dec 19 | 10. | Df's Answer. |
| 1986 Jan 15 | 11. | Df U.S.A.'s Motion For Summary Judgment with attached Affidavits of Larry H. Bacon and Michael H. Pickell. |
| Jan 17 | 12. | Pl's Motion in Opposition to Dfs' Motion For Summary Judgment, Affidavits and Brief in Support of SJ Motion. |
| Feb 3 | 13. | Order (CAB) that D's Mot. (#11) for SJ is denied; P's Mot. (#12) in oppos. to D's Mot. is denied as moot. Copy mailed to Pro Se P & del. to USA.. |
| Feb 21 | 14. | Scheduling Order (CAB) for 3-5-86 @ 8:30 a.m. Copy mailed to Pro Se & del. U.S.A. |
| Feb 25 | 15. | P's Mot. for Order for Production of Doc. under Rule 34 w/attached Exhibit. |
| Feb 28 | 16. | USA's Not. to take depos. of Larry H. Bacon & Michael H. Pickell. |
| Mar 5 | 17. | Pl's Amended Complaint to show Farm Credit Administration as Df. |
| Mar 7 | 18. | P's Cert. of Serv., re: Req. for Prod. of Doc. |
|  | 19. | P's Cert. of Serv., re: Req. for Prod. of Doc. |
| Apr 22 | 20. | Order (CAB) that CV 85-0-49 & CV 85-0-722 are consolidated for trial; Matter set for NJ session 8-86. Copy del. U.S.A. & mailed to Pro SE P. |
| Apr 23 | 21. | P's Mot. for Prod. of Doc. under rule 24. |
| Apr 29 | 22. | Ds' Mot. for Order denying P's mot. for prod. |
|  | 23. | Order (RCP) that each of P's motions (filings 15 & 21) denied & D's motion (filing 22) granted. Copy del. to U.S. Atty. & copy mailed to Pro Se Pl. |

111A
ev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 85-0-722 |
|---|---|---|
| WILLIAM D. JONES | FARM CREDIT ADMINISTRATION | PAGE ___ OF ___ PAGES |

| DATE 1986 | NR. | PROCEEDINGS |
|---|---|---|
| Jul 2 | 24. | D's Not. to Take Deposition of Shirley Olson. |
| Jul 24 | 25. | P's Mot. for SJ. |
| Aug 11 | 26. | P's Mot. for Disc. @ Trial. |
| Aug 19 | 27. | P's Proposed Findings of Fact. |
| Aug 21 | 28. | Order (CAB) that P's Mot. (#25) is denied. Copy del. U.S.A. & mailed to counsel. |
| Aug 22 | 29. | D's Proposed Findings of Fact and Conclusions of Law. |
|  | 30. | Depo. of Larry H. Bacon. |
|  | 31. | Depo. of Michael Hugh Pickell. |
|  | 32. | Depo. of Shirley Olson. |
| Aug 25 | 33. | Ctrm. Min. b/4 CAB - Trial - Case submitted. |
|  | 34. | List of Exhibits. |
|  | 35. | List of Witnesses. |
| Sep 2 | 36. | Cert. of Rpt. re: Depos of Shirley Olson. |
| Sep 5 | 37. | Memorandum Opinion. |
|  | 38. | Judgment (CAB) - IT IS ORDERED: 1. Judgment is entered in favor of Ds and against Pl. 2. P's causes of action are dismissed. Copy del. to U.S. Atty & copy mailed to P by cert. mail, return receipt req. |
| Sep 18 | 39. | P's Not. of Appeal to 8th Circ. Ct. of Appeals & Designation of record, w/C of S. Copy mailed to Peggy Capser, Ctrptr. |
|  | 40. | P's Mot. for review & correction of exhibits. |
| Sep 18 | 41. | (Date stamped 9-15-86) P's Ltr. Mot. to amend judgment. |
|  | 42. | Order (CAB) that P's Mot. to amend judgment is denied. Copy mailed to Pro Se P & del. to USA. |
| Sep 24 |  | Two certified copies of the following mailed to Clerk, U. S. Ct. of Appeals: Pl's. Not. of Appeal, etc. filed 9/18, District Court's Opinion & Judgment filed 9/5, and docket entries. Docket entries sent to attys. of record. Order of 9/18 also sent to Ct. of App. |
| Oct 6 | 43. | P's Designation of record on Appeal. |
|  | 44. | Copy of ORder for Transcript. |
| Nov 5 | 45. | Order (CAB) that P's mot. (filing 40) for correction of exhibits is denied. Copy mailed to Pro Se P & copy del. to U.S. Atty. |
| 1987 Feb 13 | 46. | Transcript of 8-26-86. |
| May 21 | 47. | Cert. Copy of Jdmt. fr. 8th Cir. Ct. of Appeals that jdmt. of dist. ct. is affirmed. Copy del. U.S.A. & mailed to counsel. |

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| WILLIAM JONES | FARM CREDIT ADM. | DOCKET NO. 85-0-722 |
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1987 | | |
| Sep 18 | 48. | Not. of filing Pet. for Certiorari w/ 8th Cir. Ct. of Appeals. |
| Oct 26 | 49. | Cert. Copy of Order fr. 8th Cir. Ct. of Appeals that Writ of Mandamus is denied. Copy del. U.S.A., & mailed to Pro Se P. |
| Apr 21 | 50. | P's Receipt for Exhibits. |
| | 51. | D's receipt for exhibits. |
| Apr. 22 | 52. | Letter from Paul W. Madgett re: Exhibit. |
| | 53. | D's Receipt of Exhibits. |

SEE AUTOMATED DOCKET FOR
ADDITIONAL PLEADINGS, IF ANY